```
John Frawley, WSBA# 11819
Attorney for Defendant
5800 236th Street SW
Mountlake Terrace, WA 98043
Telephone: 425-778-1300
Fax: 425-775-9276
FrawleyLaw@aol.com
```

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WILLIAM AND CRYSTAL OLSON, husband and wife,<br><br>  Plaintiffs,<br><br>vs.<br><br>ARMADA CORPORATION, a Washington State Corporation,<br><br>  Defendant. | No. 2:20-cv-00429-JLR<br><br>STIPULATION AND ORDER APPROVING WITHDRAWAL AND SUBSTITUTION OF ATTORNEYS<br><br>(Clerk's action required) |

## STIPULATION

Come now all counsel to this matter and John Frawley, substituting attorney for Defendant, and stipulate to enter entry of an order allowing John Frawley to substitute for Patrick McMahon as attorney for the Defendant. Pursuant to LCR 83.2, counsel acknowledges that this will not leave any party unrepresented and that the withdrawal and substitution is occurring more than 60 days before the discovery cutoff in this civil case.

DATE: 12/29/2020        /s/ Patrick McMahon
                        Patrick McMahon, WSBA #18809
                        Withdrawing Attorney for Defendant

DATE: 12/29/2020        /s/ John Frawley
                        John Frawley, WSBA #11819
                        Substituting Attorney for Defendant

STIPULATION AND ORDER APPROVING
WITHDRAWAL AND SUBSTITION OF ATTORNEYS
1 of 2

**John Frawley**
Attorney at Law
5800 236th Street SW
Mountlake Terrace, WA 98043
PHONE (425)778-1300
FAX (425)775-9276

| | |
|---|---|
| DATE: 12/29/2020 | /s/ James Sturdevant |
| | James Sturdevant, WSBA #8016 |
| | Attorney for Plaintiffs |

### ORDER

This matter came before the court on a stipulation of the parties approving the withdrawal and substitution of counsel for the Defendant. The court has reviewed the records and files herein and acknowledges the signature of all parties approving the change of counsel. Now, therefore, it is herby

ORDERED that John Frawley shall be allowed to substitute as counsel for the Defendant for Patrick McMahon, withdrawing attorney.

DATED: January 5, 2021

Judge James L. Robart
United States District Judge

Presented by:                                    Read and Approved;
                                                 Notice of Presentation Waived:


/s/ John Frawley                                 s/ James Sturdevant
John Frawley, WSBA# 11819                        James Sturdevant, WSBA #8016
Substituting Attorney for Defendant              Attorney for Plaintiffs


Read and Approved;
Notice of Presentation Waived:



/s/ Patrick McMahon
Patrick McMahon, WSBA #18809
Withdrawing Attorney for Defendant

STIPULATION AND ORDER APPROVING
WITHDRAWAL AND SUBSTITION OF ATTORNEYS
2 of 2

**John Frawley**
Attorney at Law
5800 236th Street SW
Mountlake Terrace, WA 98043
PHONE (425)778-1300
FAX (425)775-9276