HONORABLE JUDGE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| WILLIAM & CRYSTAL OLSON, husband & wife, | ) |
| | ) No. 2:20-cv-00429-JLR |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) JOINT REPORT TO THE COURT |
| ARMADA CORP., a Washington State corporation, | ) |
| | ) |
| Defendant. | ) |

COME NOW the plaintiffs by and through their attorney, James Sturdevant, and the defendant, by and through its attorney, John Frawley and make the following report to the Court. According to the Minute Order Setting Trial Dates and Related Dates (Doc. 15), the parties were to have held a Settlement Conference held no later than October 14, 2021. There have been no serious settlement discussions. Plaintiffs' attorney broached settlement with Defendant's prior attorney. The issue was met with a nolle prosequi. Because of this deadline, Plaintiffs' attorney again contacted Defendant's new attorney and brought up the settlement. We agreed that settlement discussion should happen after this

JOINT REPORT TO THE COURT - 1/2
Case No. 2:20-cv-00429-JLR
Olson

JAMES STURDEVANT
ATTORNEY AT LAW
119 N. Commercial St. Ste. 920
Bellingham, WA 98225
ph (360) 671-2990 fax (360) 483-5970
email: sturde@openaccess.org

Court had ruled on the pending summary judgment motions (Doc. 26 & 36).  These have been the settlement discussions to date.  I sent this to Defendant's attorney yesterday, October 14, 2021.  He responded this morning, today October 15, 2021.  He told me to file it, if I had not filed it already.

    DATED this 15th day of October 2021.

<pre>
                              /s/ James Sturdevant
                              James Sturdevant WSBA #8016
                              Attorney for Plaintiffs
</pre>

## CERTIFICATE OF SERVICE

    I hereby certify that on this 15th day of October 2021, I electronically filed the foregoing Motion for Default using the CM/ECF system, which will send notification to all attorneys of record.

<pre>
                              /s/ James Sturdevant
                              James Sturdevant WSBA #8016
                              Attorney for Plaintiffs
</pre>

JOINT REPORT TO THE COURT - 2/2
Case No. 2:20-cv-00429-JLR
Olson

JAMES STURDEVANT
ATTORNEY AT LAW
119 N. Commercial St. Ste. 920
Bellingham, WA 98225
ph (360) 671-2990 fax (360) 483-5970
email: sturde@openaccess.org