# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM OLSON, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>ARMADA CORPORATION,<br><br>         Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C20-0429JLR |

__    **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's motion for summary judgment is GRANTED and Plaintiffs' motion for partial summary judgment is DENIED.  (*See* Order (Dkt. # 47).)

Filed this 22nd day of October, 2021.

RAVI SUBRAMANIAN
Clerk of Court

 s/ Ashleigh Drecktrah
Deputy Clerk